**No. 59602.**—Lana, Inc. *v.* United States, protest 247195–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of knit or crocheted articles, without fringe, not infants' outerwear or hats, bonnets, caps, berets, or similar articles, wholly or in chief value of wool, valued at more than $5 per pound, the claim of the plaintiff was sustained.